IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 3-03-CR-0305-M |
| | § | NO. 3-05-CV-1186-M |
| OSCAR YBARRA, JR. | § | |
| | § | |
| Defendant. | § | |

## ORDER

After reviewing the objections to the Findings, Conclusions, and Recommendation of the

United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and

Conclusions to which objections have been made, I am of the opinion that the Findings and Conclu-

sions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of

the Court.

SO ORDERED this 22 day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE